# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

DAVID BENTON AND ASHLIE DOWNEY

NO. 2020 CW 1214

VERSUS

STATE OF LOUISIANA, THROUGH THE
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES AND THE
DEPARTMENT OF TRANSPORTATION AND
DEVELOPMENT, ASHLEY SHIELDS, AND
RONNIE R. ROUNDTREE

NOVEMBER 3, 2021

---

In Re: David Benton, applying for rehearing, 21st Judicial District Court, Parish of Tangipahoa, No. 2017-807.

---

BEFORE: WHIPPLE, C.J., McDONALD, THERIOT, HOLDRIDGE, AND PENZATO, JJ.

APPLICATION FOR REHEARING DENIED.

JMM
MRT
AHP

**Whipple, C.J. and Holdridge, J.**, dissent from the denial of the rehearing, would grant the application for rehearing, and would affirm the ruling of the district court, by denying the original writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT